## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

KENNETH JOHANSEN,

      Plaintiff,

                                    **Civil Action 2:20-cv-1456**

    v.                           **Chief Judge Algenon L. Marbley**

                                    **Chief Magistrate Judge Elizabeth P. Deavers**

ICON SOLAR POWER, LLC.,

      Defendant.


### <u>ORDER</u>

This matter is before the Court on Defendant's Unopposed Motion to Transfer Venue within the District (ECF No. 8).  Defendant moves to transfer the action to the Western Division at Cincinnati pursuant to 28 U.S.C. § 1406(a) and Local Civil Rule 82.1(c) based on its residence in Clermont County, Ohio.  Defendant's Unopposed Motion is hereby **GRANTED**.  The Clerk is **DIRECTED TO TRANSFER** this action to the Western Division at Cincinnati.

The Preliminary Pretrial Conference set for June 2, 2020 (ECF No. 7) is **VACATED**.

**IT IS SO ORDERED.**


Date: May 27, 2020                    */s/ Elizabeth A. Preston Deavers*      
                                     **ELIZABETH A. PRESTON DEAVERS**
                                       **CHIEF UNITED STATES MAGISTRATE JUDGE**